Mike WILLOUGHBY, Plaintiff–
Appellant,

v.

HENRICO COUNTY; Owen I. Ashman;
Lee A. Harris, Jr.; Commonwealth of
Virginia; Henrico County Common-
wealth's Attorney Office, Defendants–
Appellees.

No. 14–1673.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 20, 2014.

Mike Willoughby, Appellant Pro Se. An-
drew Ramsey Newby, Office of the County
Attorney, Henrico, Virginia; Sherry A.
Fox, Thompson McMullan PC, Richmond,
Virginia; Erin Rose McNeill, Assistant At-
torney General, Richmond, Virginia, for
Appellees.

Before MOTZ, WYNN, and THACKER,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Mike Willoughby appeals the district
court's order denying relief on his com-
plaint under 42 U.S.C. § 12132 (2012), 42
U.S.C. § 1983 (2012), and state negligence
law. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-

trict court. *See Willoughby v. Henrico
Cnty.*, No. 3:14–cv–00223–HEH, 2014 WL
2925332 (E.D.Va. June 27, 2014). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*